IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

    v.                               NO. CIV. S-08-0423 FCD GGH

KARAMJIT KAUR GREWAL, et al.,

    Defendants.         <u>ORDER</u>

_____/

    Presently before the court is plaintiff's motion for default judgment, filed September 5, 2008 and set for hearing on October 16, 2008. On September 18, 2008, defendant filed a request to continue the hearing until after November 15, 2008 because he is out of town until that time. Plaintiff informed the court by telephone that he has no objection to the request.

    Accordingly, IT IS ORDERED that the hearing on plaintiff's motion for default judgment, filed September 5, 2008, is continued from October 16, 2008 to November 20, 2008.

DATED: 10/10/08                      /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS
                                         U. S. MAGISTRATE JUDGE

GGH/076:Johnson0423.eot.wpd