UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

SCOTT N. JOHNSON

                                                                                                             DEFAULT JUDGMENT

     v.

                                                                                                             Case No. CIV S-08-0423 FCD GGH

KARAMJIT KAUR GREWAL, et al.,
_____

             **IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendant:
Karamjit Kaur Grewal, individually and d/b/a Rosemont Wine &
Liquor, individually and as successor trustee of the Grewal
Children's Trust of 2000 in the amount of $12,000.

January 26, 2009

                                                                 VICTORIA C. MINOR, CLERK

                                                                  By:  _____/s/_____
                                                                  A. Benson, Deputy Clerk